DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BILLY ANTWAN LAMPLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1082

[August 23, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 562012CF002966A.

Billy Antwan Lampley, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***